PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:04-CR-82-5H

ANTWAN CROMARTIE

On January 24, 2012, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of May 2014.

Malcolm J. Howard
Senior U.S. District Judge